UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISMEL M. FUNES SUAZO<br><br>                    Petitioner,<br><br>v.<br><br>KEVIN K. MCALEENAN, Acting Secretary of U.S. D.H.S. and Commissioner of U.S. D.H.S., et al.<br><br>                    Respondents. | Case No.:   19cv1882-LAB (MSB)<br><br>**ORDER OF DISMISSAL** |

The Court ordered Petitioner to show cause no later than April 13, 2020 why this action should not be dismissed for failure to prosecute, for failure to obey the Court's orders, and for lack of jurisdiction. (*See* Docket no. 5.)  Petitioner, who is represented by counsel, has not filed anything.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This action is therefore **DISMISSED.**  Because jurisdiction is lacking, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), dismissal is without prejudice but without leave to amend.

**IT IS SO ORDERED**.

Dated:  April 15, 2020

*[signature]*
Honorable Larry Alan Burns
Chief United States District Judge